DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

## DEVINE v. CASUALTY & SURETY CO.

No. 41 PC.

Case below: 19 N.C. App. 198.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973.

## DICKINSON v. PAKE

No. 47 PC.

Case below: 19 N.C. App. 287.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 1 November 1973.

## FORSYTH COUNTY v. YORK

No. 65 PC.

Case below: 19 N.C. App. 361.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973.

## HENDRIX v. DeWITT, INC.

No. 56 PC.

Case below: 19 N.C. App. 327.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973.

## IN RE MITCHELL

No. 34 PC.

Case below: 19 N.C. App. 236.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 1 November 1973.